**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

EVERY DONELLE RICHARDSON,
ADC #139311                                                                                    PLAINTIFF

V.                                          5:12CV00250 BSM/JTR

WENDY KELLEY, Deputy Director,
Arkansas Department of Correction; et al.                                      DEFENDANTS

**ORDER**

Plaintiff, Every Donelle Richardson, has filed this *pro se* § 1983 action alleging that Defendants failed to provide him with adequate medical care. There are two non-dispositive Motions pending, which the Court will address separately.

**I. Plaintiff's Third Motion for Appointment of Counsel**

Plaintiff has filed his third request for appointment of counsel. *Doc. #38.* He, however, has not provided a sufficient reason for the Court to reconsider its prior denials of that request. *Docs. #9 & #18.* Thus, the Motion is denied.

**II. Defendants' Motion to Compel**

Defendants have filed a Motion asking the Court to compel Plaintiff to sign and date an "Authorization to Disclose Health Information" form that Plaintiff previously refused to sign during discovery. *Doc. #39.* Plaintiff's medical records are relevant

to the inadequate medical care claim he has raised in this action. Thus, Plaintiff will have fourteen days to sign, date, and return the "Authorization to Disclose Health Information" form to Defendants. Plaintiff is advised that this lawsuit will be dismissed, without prejudice, if fails to timely and properly do so. *See* Fed. R. Civ. P. 37(b)(2)(A)(v).

### III. Conclusion

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Third Motion for Appointment of Counsel (Doc. #38) is DENIED.

2. Defendants' Motion to Compel (Doc. #39) is GRANTED.

3. Plaintiff must sign, date, and return the "Authorization to Disclose Health Information" form to Defendants **on or before September 11, 2013.**

Dated this 30th day of August, 2013.

_____
UNITED STATES MAGISTRATE JUDGE